

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00064-CV

**IN THE INTEREST OF K.R.E.T.,** et al children,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02260
Honorable Dick Alcala, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to June 23, 2015. No further extensions.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court